# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| Maria A. De Los Angeles Garcia-Flores, | : | |
| Petitioner/Defendant, | : | Civil Action No. 12-369-WS |
| v. | : | Criminal No. 03-221-WS-C |
| United States of America, | : | |
| Respondent. | : | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 6, 2012 is **ADOPTED** as the opinion of this Court.

**DONE** this the 5th day of December, 2012.

                                                         **s/WILLIAM H. STEELE**
                                                        **CHIEF UNITED STATES DISTRICT JUDGE**