IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Maria A. De Los Angeles Garcia-Flores, | : | |
|    Petitioner/Defendant, | : | Civil Action No. 12-369-WS |
| v. | : | Criminal No. 03-221-WS-C |
| United States of America, | : | |
|    Respondent. | : | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody filed in this case (Doc. 140 in Criminal No. 3-221-WS-C), as amended (Doc. 144 in Criminal No. 3-221-WS-C) be and the same hereby is **DENIED** because the claims asserted therein are either time-barred pursuant to 28 U.S.C. § 2255(f) or, to the extent that the petitioner has attempted to assert claims pursuant to 28 U.S.C. § 2241, the Court is without jurisdiction to hear them.

Further, the petitioner is not entitled to a certificate of appealability and, therefore, is not entitled to appeal *in forma pauperis*.

**DONE** this the 5th day of December, 2012.

                                                     **s/WILLIAM H. STEELE**
                                                   **CHIEF UNITED STATES DISTRICT JUDGE**